United States Trust Company of New York, as Trustee, etc., Respondent, v. Louisa B. Van Nostrand, Individually and as Trustee, etc., and Others, Appellants.— Case certified to the Appellate Division, Third Department, for hearing and determination. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

Gardiner Van Nostrand, etc., and Others, Respondents, v. Frances Stanton Van Nostrand and Others, Respondents. Louisa B. Van Nostrand, Individually and as Trustee, etc., Appellant.— Case certified to the Appellate Division, Third Department, for hearing and determination. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

Gardiner Van Nostrand, Individually and as One of the Executors and Trustees under the Last Will and Testament of John J. Van Nostrand, Deceased, and Others, Respondents, v. Frances Stanton Van Nostrand and Others, Respondents. Louisa B. Van Nostrand, Individually and as Trustee under the Eleventh Clause of the Last Will and Testament of John J. Van Nostrand (the Elder), Deceased, Appearing Specially, Appellant.— Case certified to the Appellate Division, Third Department, for hearing and determination. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

Tillie Venitsky, Respondent, v. Samuel Palley, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

John Waters, Appellant, v. Louis Spadaveccia, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Charles H. Weller, Appellant, v. Henry Stengel, Jr., Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the authority of Rogers v. Wendell (54 Hun, 540). Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.